**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00436-CV

### IN THE ESTATE OF REBECCA LYNN HEIDER, DECEASED

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-1074-2010**

## ORDER

We **REINSTATE** this appeal.

In an order dated May 20, 2014, the Court ordered the trial court to conduct a hearing and make findings of fact concerning the status of the reporter's record. We abated the appeal to allow the trial court to comply with our order. We have received the trial court's findings of fact. The trial court made the following findings:

1.    the proceedings were recorded using an electronic audio recording system maintained on a computer hard drive in the courtroom;

2.    appellant did not waive the making of a record;

3.    the disc of the electronic recording provided to appellant is inaudible;

4.    the computer hard drive seemingly has an audible electronic recording of the proceedings;

5.	the parties have agreed that a stenographer will be designated by the trial court to produce a written transcription of the proceedings from the computer hard drive; and

6.	it will take sixty days to produce the written transcription of the proceedings.

We **ORDER** the reporter's record filed on or before **August 19, 2014**.

/s/	ADA BROWN
	JUSTICE